**Allegra GREEN, Plaintiff—Appellant,**

v.

**TIME–LIFE LIBRARIES INC.,**
**Defendant—Appellee.**

**No. 01–36169.**

**D.C. No. CV–01–01223–RSL.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 18, 2002.*

Decided Nov. 22, 2002.

Before REINHARDT, RYMER, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Allegra Green appeals pro se the district court's order granting summary judgment and compelling arbitration in her action under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e. We raise the issue of this court's jurisdiction sua sponte. *National Distrib. Agency v. Nationwide Mut. Ins. Co.*, 117 F.3d 432, 433 (9th Cir. 1997). Because the district court ordered the parties to submit a joint report regarding the outcome of the arbitration proceedings, and whether any review of the award is sought, the district court's order was not final. See *id.* (noting that a final ruling must "clearly evidence[ ] the judge's intention that it be the court's final act in the matter.") (internal quotations omitted); *Zucker v. Maxicare Health Plans Inc.*, 14 F.3d 477, 481 (9th Cir.1994) (finding that judgment which provided that it would become final five days after the filing of a joint notice was not "final" for purposes of appeal where no joint notice had been filed).

This dismissal is without prejudice to a renewed appeal if and when a final order is entered by the district court.

DISMISSED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

